ISAIAH LEFFAND, Doing Business as CENTURY RESTAURANT EQUIP-MENT COMPANY, Appellant, v. FULTON SYSTEMS, INC., Respondent.*

Supreme Court, Appellate Term, First Department, June 28, 1943.

* See, also, *Leffand* v. *Fulton Systems, Inc.,* 180 Misc. 1042 and *Leffand* v. *Schwartz,* 180 Misc. 709. — [REP.

*Louis I. Fabricant* for appellant.

*Raphael H. Rhodes* for respondent.

MEMORANDUM *Per Curiam.* The court below, having found defendant corporation guilty of contempt, erred in denying the motion to punish its president who knew about the stay of execution and who signed the petition filed in the Federal court.

Order reversed, with ten dollars costs, and motion granted, and matter remitted to the court below for further proceedings.

HAMMER, SHIENTAG and HECHT, JJ., concur.